UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　：　　MAGISTRATE NO.: 13-9309

V.　　　　　　　　　　　　　　　：　　CRIMINAL ACTION

Fidel Vicioso　　　　　　　　　：　　ORDER OF RELEASE

 

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____　　　　　_____11/13/13_____
DEFENDANT　　　　　　　　　　　　　　DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____11/13/13_____
DATE